# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 13, 2005

VIA ELECTRONIC FILING

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware  19801

Re:   *In re James L. Martin*,
      C.A. No. 98-113-GMS

Dear Judge Sleet:

We represent the Estate of William L. Kraus, III (the "Estate"). On September 27, 2004, James L. Martin filed a motion to substitute the Estate for William L. Kraus, III and a purported motion for Rule 11 sanctions against the Estate. It appears that Mr. Martin originally filed a Rule 11 motion for sanctions against Mr. Kraus in February 1999. No action was taken on such motion until 5 years and 8 months later, after Mr. Kraus died in April of 2004.

Thus, on October 12, 2004, the Estate filed an Opposition to Motion to Substitute Estate of William L. Kraus, III And, in the Alternative, Motion to Strike Motion For Rule 11 Sanctions Against the Estate. Mr. Martin never filed a reply brief. The grounds for the Estate's opposition were clearly detailed in our brief, but it is clear that any claim Mr. Martin purportedly had against Mr. Kraus is extinguished based on Mr. Martin's delay and the resulting prejudice to the Estate caused by such delay. As we also noted in our brief, there is no actual pending case against Mr. Kraus to "dismiss," since the docket is composed solely of various motions and subpoenas of Mr. Martin against several individuals, one of which is Mr. Kraus. However, the situation with regard to Mr. Martin's inaction on his motion for sanctions against Mr. Kraus is akin to a failure to prosecute and should likewise result in involuntary dismissal.

The Honorable Gregory M. Sleet
October 13, 2005
Page 2

      Mr. Kraus passed away 18 months ago; thus, the administrator of the Estate has been attempting to close the Estate. Mr. Martin's baseless motions of a year ago are the only remaining outstanding items. We would therefore appreciate the Court's assistance in closing the Estate.

                                Respectfully,

                                James McC. Geddes (#690)

cc:    Clerk of the Court (via ECF)
        James L. Martin (by U.S. Mail)