# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 14, 2005

VIA ELECTRONIC FILING

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware  19801

  Re: *In re James L. Martin*,
     C.A. No. 98-113-GMS

Dear Judge Sleet:

  As Your Honor is aware, we represent the Estate of William L. Kraus, III (the "Estate"). We are in receipt of Mr. Martin's recent filing – "James Martin's Motion to Strike Kraus Estate's Letter- Motion to Strike." As with Mr. Martin's earlier filings, we are unable to determine what claim Mr. Martin still contends he has against the Estate. Moreover, we are puzzled by many of the remarks in Mr. Martin's motion. For example, although Mr. Martin filed the purported motion for Rule 11 sanctions against Mr. Kraus in February 1999 and the Estate in September 2004, he now states that "no court or judge in Delaware has any jurisdiction to rule on this proceeding." If Mr. Martin believes that is the case, we are at a loss to understand why he originally filed a motion with this Court. Mr. Martin's baseless claims are delaying the closure of the Estate, even when it is unclear exactly what kind of relief Mr. Martin is still requesting from this Court.

  As in our letter of October 13, 2005, we respectfully direct the Court to the Estate's Opposition to Motion to Substitute Estate of William L. Kraus, III And, in the Alternative, Motion to Strike Motion For Rule 11 Sanctions Against the Estate, filed on October 12, 2004. Additionally, we respectfully renew our request that the Court aid in the resolution of Mr. Martin's claims, so that the Estate can finally be closed. Unless instructed by the Court, it is not our current intention to submit a formal response to Mr. Martin's recent filing and thereby burdening the Court with more paper regarding this matter.

The Honorable Gregory M. Sleet
November 14, 2005
Page 2

      We are available at the Court's convenience should it have any questions or concerns regarding the above response.

Respectfully submitted,

James McC. Geddes  (#690)

cc:    Clerk of the Court (via ECF)
        James L. Martin (by U.S. Mail)
        Ms. Pamela A. Kasper (by U.S. Mail)

163415.1