IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| | ) | |
| In re: JAMES LEE MARTIN, ESQ. | ) | Misc. Case No. 98-113 (GMS) |
| | ) | |
| | ) | |

## ORDER

WHEREAS on December 22, 1998, and in relation to a matter pending in a different jurisdiction, James Lee Martin subpoenaed four persons allegedly within this court's subpoena power;

WHEREAS on January 19, 1999, the court granted motions to quash filed by three of those persons, and denied Martin's motion for Rule 11 sanctions against the attorneys representing the three movants;

WHEREAS due to an oversight by the court, Martin's motions (1) to dismiss the motions to quash, and (2) to recuse every federal judge in this district were not simultaneously denied;

WHEREAS the fourth person, a William L. Kraus, III, appeared without counsel for a deposition pursuant to the terms of the subpoena on January 4, 1999;

WHEREAS during the deposition, Kraus allegedly agreed to sign and have notarized an affidavit prepared by Martin;

WHEREAS Kraus failed to sign the affidavit or to have it notarized;

WHEREAS on January 19, 1999, Martin responded by filing a motion to hold Kraus in contempt of court for his failure to follow through on his alleged promise;

WHEREAS Kraus filed a signed and notarized affidavit with this court on January 25, 1999;

WHEREAS Kraus died in April of 2004;

WHEREAS the court's docket reflects no objections or other filings by Martin between January 19, 1999 and September 27, 2004;

WHEREAS on September 27, 2004, Martin (1) filed a motion to substitute Kraus with his estate, and (2) renewed his motion for sanctions (contempt); and

WHEREAS the court holds that Martin waived any objection to Kraus' affidavit by failing to object for more than five years, and therefore, the motions of September 27 will be denied.

IT IS HEREBY ORDERED THAT:

1. Martin's motion to dismiss (D.I. 12) be DENIED;

2. Martin's motions to recuse (D.I. 13, 30) be DENIED;

3. Martin's motion for contempt (D.I. 17) be DENIED;

4. Martin's motion to substitute (D.I. 26) be DENIED;

5. Martin's motion for sanctions (D.I. 27) be DENIED; and

6. Martin's motion to strike (D.I. 33) be DENIED as moot.


Dated: May 15, 2006                                      /s/ Gregory M. Sleet
                                                         UNITED STATES DISTRICT JUDGE